United States District Court for the
District of Columbia
333 Constitution Avenue NW Room 1225
Washington, DC 20001
Telephone: (202) 354-3000

## Proof of Service by Certified Mail/Return Receipt Requested
### Sent by the United States Postal Service

CA Number: 1:20-CV00455 - DLF

This Summons and Complaint was received by R.D. Carter, Jr. of The Carter Corporation on February 19, 2020 for Nike, Inc.

I, R.D. Carter, Jr., above the age of 21 and not a party to this lawsuit, having an office of 1629 K Street, NW, Suite 300, Washington, DC 20006, in the name of The Carter Corporation, Inc., do herby state and affirm the following: I mailed the following documents by certified mail—return receipt requested—on February 21, 2020 at 1:33 PM. I mailed a Summons, Complaint and Notices of Court to United Agent Group, Inc., Registered Agent for Nike, Inc. at 5708 South East 136th Avenue, Suite 20 Portland, Oregon 97236. Service was received by the registered agent of Nike, Inc. on
February 24, 2020. Postal Form PS 3811 was signed for as per the attached.

I declare under penalty of perjury that this information is true.

March 11, 2020
Date

Signature of person completing this form.

R.D. Carter, Jr., CEO
The Carter Corporation, Inc.
1629 K Street, NW, Suite 300
Washington, DC 20006

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

PORTLAND, OR 97236

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0712 05 |
| | $2.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $2.80 | 02/21/2020 |
| Total Postage and Fees | $9.20 | |

Sent To: United Agent Group Inc
Street and Apt. No., or PO Box No.: 5708 SE 136th Ave Suite 2
City, State, ZIP+4: Portland OR 97236

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>United Agent Group Inc<br>5708 SE 136th AVE<br>Suite 2<br>Portland<br>OR 97236 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4507 8278 3506 30 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ [Delivery]<br>☐ [Delivery] Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 3090 0000 7806 3749 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |