## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| GAME PLAN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNINTERRUPTED LLC, NIKE INC., WALT DISNEY COMPANY d/b/a ESPN, INC., and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Defendants. | Civil Action No.  1:20-cv-00455-DLF |

### PLAINTIFF GAME PLAN, INC.'S OPPOSITION TO DEFENDANTS UNINTERRUPTED LLC, WALT DISNEY COMPANY, AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S MOTION TO VACATE

In opposition to Defendants Uninterrupted LLC ("Uninterrupted"), The Walt Disney Company ("ESPN"), and Take-two Interactive Software, Inc. ("T2") (collectively "Defendants") motion to vacate, the Plaintiff, Game Plan, Inc.'s moves this court to deny the Defendants' motion as set forth in the accompanying Statement of Points and Authorities.  A proposed order to deny the Defendants' motion is attached for the convenience of the Court.

1

Dated:  June 11, 2020 Respectfully,

By: /s/ Ryan L. Jones
Ryan L. Jones (D.C. Bar No. 1015309)
RYAN L. JONES LAW, LLC
1133 21st Street NW, Suite M200
Washington, D.C. 20036
Telephone: (202) 340-8786
ryan@rljoneslaw.com

*Attorney for Plaintiff*
*Game Plan, Inc.*