# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GAME PLAN, INC.,<br>　　　Plaintiff, |  |
| v. | Civil Action No. 1:20-cv-00455-DLF |
| UNINTERRUPTED LLC,  NIKE INC.,  ESPN,<br>INC.,  TAKE-TWO INTERACTIVE<br>SOFTWARE, INC. | **AMENDED COMPLAINT AND<br>DEMAND FOR JURY TRIAL** |
| 　　　Defendants. |  |

The Plaintiff, Game Plan, Inc. ("Game Plan"), as and for its Complaint against

Defendants, Uninterrupted LLC ("Uninterrupted"), Nike, Inc. ("Nike"),  ESPN, Inc. ("ESPN"),

and Take-Two Interactive Software, Inc. ("T2") (collectively "the Defendants"), by and through

undersigned counsel, hereby alleges as follows:

## NATURE OF THE ACTION

1.   Game Plan brings this claim against the named Defendants for the Defendants'

unauthorized use of the Plaintiff's U.S. Registered Trademark 5,487,497.  This action

encompasses the following claims: (1) Trademark Infringement under the Lanham Act, 15

U.S.C. § 1114 *et seq.*; (2) false Designation of Origin under the Lanham Act, 15 U.S.C. §

1125(a);  (3) Trademark Dilution under the Lanham Act, 15 U.S.C. §1125(c); (4) unfair

competition; and (5) unjust enrichment.  Game Plan seeks injunctive and other equitable relief

and damages against Defendants who respectively operate and control a media content

production company (Uninterrupted), a company that manufactures, designs, and distributes

clothing (NIKE), a production and media broadcasting company (ESPN), and a videogaming and

virtual arts company (T2).  The claims asserted in this Complaint arise under the Lanham Act of the United States, 15 U.S.C. §1051, et seq.

## **PARTIES**

2.      Plaintiff, Game Plan, is an independent, section 501(c)(3) nonprofit organization duly organized under the laws of the State of Maryland, having its headquarters and principal place of business in Bowie, Maryland.  Game Plan is dedicated to enhancing, informing, and educating the youth to ascend through the ranks of high school and college athletics and academics in order to attain professional level success whether in sports or otherwise.  Game Plan is providing their products and services to a population that does not have the same access as others to the information and resources Game Plan provides.  Game Plan is able to provide this information through guest speakers and written programming to help the youth attain the success they desire.  *SEE APPENDIX.*

3.      Upon information and belief, Defendant, Uninterrupted, is a limited liability company, organized under the State laws of Delaware, with its principal place of business in Los Angeles, California with an additional office, in New York, New York, as it provides media content and sells clothing product internationally.

4.       Upon information and belief, Defendant, NIKE, is a publicly traded corporation, located in Beaverton, Oregon, as it manufactures and sells product and services internationally.

5.      Upon information and belief, Defendant, ESPN, has its principal place of business in Bristol, Connecticut, as it provides media content and services internationally.

6.      Upon information and belief, Defendant, T2, is a corporation, with its principal place of business in New York, New York, as it provides videogaming content and services internationally.

## JURISDICTION AND VENUE

7.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1331 (federal question), and 28 U.S.C. § 1338(a) (trademarks) because this action arises out of

Defendants' violation of 15 U.S.C. §1114, 1125 and 15 U.S.C. § 1051 *et seq.* (The Lanham Act).

Additionally, the Court has subject matter jurisdiction over Game Plan's claims for unfair

competition and unjust enrichment pursuant to 28 U.S.C. § 1367.  Furthermore, this Court has

authority in this matter under diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the

parties are citizens of different states and more than $75,000 is in controversy.

8.    Personal jurisdiction over the Defendants is proper because each has carried on a

continuous and systematic part of its general business within the District of Columbia, including

but not limited to promoting media content (Uninterrupted, NIKE, ESPN, T2), retail products at

their respective websites, (Uninterrupted.com, nike.com, espn.com, nba2k.com) that are

accessible by anyone in the District of Columbia and the world, and each would reasonably

expect to be subject to the jurisdiction of the District.  Upon information and belief, these

websites have been accessed in the District of Columbia for commercial purposes, including

some of the Defendants work product being within the District.  For example, Nike runs two

brick and mortar retail stores in the District of Columbia.

9.    Upon information and belief, Uninterrupted, by and through its founder, LeBron

James, saw the use of the mark by Game Plan while in the District of Columbia, as well as

Uninterrupted streaming and sharing content over cable systems and the worldwide web creating

sufficient contacts in the District of Columbia.

10.    NBA 2K is a videogame played by consumers, using Game Plan's mark, in the

District of Columbia.

11.    ESPN aired the media content using Game Plan's mark in the District of

Columbia.

3

12.    The Court has personal jurisdiction pursuant to the District of Columbia long-arm statute, D.C. Code § 13-423 (2020), because, among other things, the Defendants have transacted business in the District of Columbia.

13.    Venue is proper in the District pursuant to 28 U.S.C. § 1391(b)-(3) and 28 U.S.C. § 1391(d) because a substantial part of the events giving rise to Game Plan's claims has occurred in this judicial district, because a substantial occurrence in the infringement of the mark was situated in this judicial district, and because a substantial part of the harm caused by the Defendants has occurred in this judicial district.  Defendants have conducted business and have utilized instrumentalities located in the District of Columbia to carry out the acts which Game Plan complains; and the Defendants have utilized customers located in the District of Columbia causing the harm which Game Plan complains.

14.    Venue is proper in this judicial district under 28 U.S.C. § 1391(c) because Defendants are subject to personal jurisdiction in this judicial district.

15.    An actual, present and justiciable case or controversy has arisen between the parties.  The Defendants have each made use of Game Plan's mark, to sell products and or services in the District based on information and belief, and the wide range of retail access and media streaming by each Defendant, respectively, in the District of Columbia.

## FACTUAL BACKGROUND

### Game Plan's Services, Product and Reputation were harmed by the Defendants

16.    Defendants, through their infringing activities of counterfeit, copy, and colorable imitation of the Plaintiff's mark, knowingly put goods and services into the stream of commerce as media production, videogaming, and the retail of clothing and clothing bearing a counterfeit, copy, and or colorable imitation of the Plaintiff's mark.  These actions have caused a likelihood of confusion, mistake, and deception and continue to cause irreparable injury to Game Plan, its participants, and the public.

17.     The Defendants have each used the Plaintiff's trademark, or a counterfeit, copy and colorable imitation thereof, to their financial benefit.

18.     Game Plan is a charitable organization, registered as a 501(c)(3), that aims to enrich the lives of America's youth by providing information, education, and access to resources to allow their participants in their program to have an opportunity to successfully ascend from high school to college and be gainfully employed in their desired pursuits.

19.     Game Plan developed its "1st Place" affirmation (or mantra) to begin and close each education curriculum program, as well as using the mantra in presentations, and with the sale of products including t-shirts bearing the logo and word mark "I AM MORE THAN AN ATHLETE" including the "GP. GAME PLAN" logo.

20.     These "I AM MORE THAN AN ATHLETE. GP. GAME PLAN" t-shirts were marketing material for Game Plan and a revenue generator for the non-profit.

21.     Game Plan, Inc. first filed its application for U.S. Trademark Registration on December 28, 2016, and the mark was registered on June 5, 2018.

22.     Game Plan is the owner of the mark: U.S. Registration Number 5,487,497.

23.     The logo and word mark "I AM MORE THAN AN ATHLETE GP. GAME PLAN" were used to identify to the public as the source of its goods and services.

24.     Game Plan's first use in the stream of commerce was October 8, 2017.

25.     On October 8, 2017, Game Plan, with its CEO and President, Sam Sesay, and program participants attended a Washington Wizards basketball game versus the Cleveland Cavaliers.

26.     At the game, the President and CEO, and a group of Game Plan Inc. participants wore the black t-shirts with large, bold, white font across the front of the t-shirt, which identified the source of the t-shirt and identified the services of the program.

27.     The Game Plan participants were able to meet with Washington Wizards' All-Star guard, John Wall, during pre-game.

28.     The group wearing the t-shirts were courtside in close proximity to both the Washington Wizards' players and the visiting Cleveland Cavaliers' players while the players were preparing for the game.

29.     The Game Plan participants and its President and CEO took pictures with John Wall, while seated courtside, with few other spectators in attendance.

30.     John Wall signed autographs for the kids and posed for pictures with the kids, while John Wall's teammates and opponents warmed up for the game, in close proximity.

31.     Game Plan and its participants remained at the game for its entirety, which was a cool experience for the Game Plan, Inc. organization and its students.

32.     The exposure at the game and experience would greatly grow the program and its awareness to the public.

33.     The attendance at the game gave Game Plan tremendous exposure, as it was able to gain attention from John Wall in front of his peers including the (arguably) most famous athlete in the world, as a member of the Cleveland Cavaliers, at the time, LeBron James, who did not play that game, but was in attendance.

34.     Uninterrupted's unauthorized use of Game Plan's mark has harmed and significantly diminished the ability for Game Plan to operate its business of selling t-shirts in the stream of commerce and making media and live content production and presentations.

*The Inception of the Unauthorized Use*

35.     On February 16, 2018, following that Washington Wizards and Cleveland Cavaliers pre-season NBA basketball game, in Washington, D.C., the most popular athlete in the world took to Instagram to respond to the now infamous "shut up and dribble" comment made by news personality, Laura Ingraham, on FOX NEWS.

36.     In response to "shut up and dribble," LeBron James posted a picture to his Instagram account, capturing a neon light sign bearing the words "I AM MORE THAN AN ATHLETE." And, he added a hashtag that read "we will not shut up and dribble."

37.     The February 16, 2018 picture, on LeBron James's Instagram account, captures a sign within the Los Angeles offices of Uninterrupted.

38.     Instagram is a premier social media and marketing platform, where Mr. James boasts millions of followers from around the world.

39.     This neon light sign got substantial coverage throughout the media when LeBron James made this Instagram post.

40.     This media conflict or dispute with news personality Laura Ingraham, gave LeBron James and Uninterrupted the opportunity to use the mark "I AM MORE THAN AN ATHLETE" in connection to LeBron James being "more" than a basketball player.

41.     Uninterrupted then used "I AM MORE THAN AN ATHLETE" to sell merchandise and as a part of their media content production services.

42.     Game Plan sent Uninterrupted a cease and desist letter, which Uninterrupted acknowledged.

*The other Defendants joined in the harmful acts*

43.     Upon information and belief, Uninterrupted used "I AM MORE THAN AN ATHLETE" in media content production with ESPN.

44.     Upon information and belief, Uninterrupted used "I AM MORE THAN AN ATHLTE" in videogaming with T2.

45.     Upon information and belief, Uninterrupted used "I AM MORE THAN AN ATHLETLE" in the sell of clothing with Nike.

46.     Nike made t-shirts, hats, hoodies, sweatpants, and a basketball court, among other things, with the use of "I AM MORE THAN AN ATHLETE" or a version of that phrase.

47. ESPN used "I AM MORE THAN AN ATHLETE" to produce media content on various outlets owned by EPSN, and to screen a documentary or short series of episodes using the mark "I AM MORE THAN AN ATHLETE."

48. The very popular National Basketball Association licensed videogame called "NBA 2K" also used "I AM MORE THAN AN ATHLETE" in certain features of the videogame.

*Who is Game Plan?*

49. Game Plan was created in 2015, so that as an independent charitable organization it could provide information, education, products, and services to young people trying to succeed in athletics and as academics.  Game Plan's goal is to help the participants achieve their dreams of a quality education, athletic career, and professional career, in sports or otherwise.

50.  Game Plan, Inc. is the charitable provider of the media content for education and entertainment programming, and t-shirts bearing the trademark.

51. Game Plan is listed as the owner for the U.S. Trademark Registration  Number

5,487,497 , however each of the Defendants have used this mark, or a counterfeit, copy, or colorable imitation of the mark to sell, market and promote goods and services to profit their respective businesses. *SEE APPENDIX* at 1.

52. Game Plan has invested substantial resources in developing its products and services.  Due to the effectiveness of Game Plan's marketing, products, and services, Game Plan has generated substantial goodwill with its customers, consumers, and participants in its programming, establishing a strong brand and developing the Game Plan name and the "I AM MORE THAN AN ATHLETE. GP. GAME PLAN" mark within its channels of trade, with sales of product nationally.

53.     Game Plan invested thousands of dollars in building and sustaining substantial goodwill in the development and marketing of the mark.

54.     Game Plan has a registered trademark representing the quality of its product and services and its brand, including its 1st Place Affirmation, and common law rights for Game Plan's education programming and the "I AM MORE THAN AN ATHLETE" t-shirts with the GP. GAMEPLAN logo:  .   *SEE APPENDIX.*

55.     Game Plan has a 1st Place affirmation or Mantra which incorporates the phrase, "I AM MORE THAN AN ATHLETE" and it produced an audiovisual commercial promoting the organization that was distributed on YouTube, Facebook, and Instagram. *SEE APPENDIX* at 6-7.

56.     Game Plan was featured in news articles and continues to put on programming in high schools during afterschool hours. *SEE APPENDIX* at 8.

57.     In 2017, Game Plan successfully aligned itself with professional sports organizations to help the reach and exposure of the Game Plan goods and services.

58.     Game Plan sells t-shirts to generate revenue, by selling the t-shirts to the public on its website gameplaninc.org/buy-now/ and, to all the children that participate in the program.

59.     Game Plan provides its programming to schools within the Washington, DC metro area to provide its goods and services.  *SEE APPENDIX* at 22.

60.     Since October 2017, Game Plan has used the mark "I AM MORE THAN AN ATHELTE GP. GAME PLAN" in the interstate stream of commerce with certain logos bearing the name as a trademark to identify the goods and identify the organization as the sole source of its goods and services.

61.     In addition, Game Plan has continually used and promoted the mark, which the Defendant Uninterrupted was aware.

62.     Notwithstanding that Game Plan has made continuous use of the mark, Game Plan demanded for Uninterrupted to cease and desist from using its mark.

*The Defendants worked together*

63.     Upon information and belief, Uninterrupted, in July 2018, entered into agreements with ESPN, NIKE, and T2, among others to use the "I AM MORE THAN AN ATHLETE" mark.

64.     Upon information and belief, NIKE admitted its use of "I AM MORE THAN AN ATHLETE" is similar to Game Plan's mark as it was being used for similar products and services.

65.     Upon information and belief, ESPN sought to protect itself against a potential third-party claim regarding Uninterrupted's use and ESPN's use of "I AM MORE THAN AN ATHLETE."

66.     Game Plan's mark was known to the founder of Uninterrupted, LeBron James, who first saw the mark in use, in Washington, D.C.

**Uninterrupted LLC**

67.     Uninterrupted was founded by the most famous basketball athlete in the world, LeBron James.

68.     Uninterrupted is a media production company that sells clothing products on its website.

69.     Uninterrupted creates media content by providing the human resources, concepts and equipment required to make an audiovisual production.

70.     Uninterrupted sells its content to third parties for distribution or partners with third parties to distribute that content.

71.     As a way to promote the brand of services for media content production, Uninterrupted merchandized to market and generate revenue or profits, with third-party made

products that include the wording "I AM MORE THAN AN ATHLETE" and "MORE THAN AN ATHLETE."

72.     "I AM MORE THAN AN ATHLETE" and "MORE THAN AN ATHLETE" clothing are being sold on Uninterrupted's website at www.uninterrupted.com/store.

73.     Uninterrupted's founder, LeBron James, played a basketball game on October 8, 2017, where a group of Game Plan participants and its President and CEO attended, while each wore a black "I AM MORE THAN AN ATHLETE" t-shirt, while meeting with John Wall courtside during pre-game to take pictures as John Wall also spoke to the participants.   (See image below).



74.     Upon information and belief, Uninterrupted went under a rebrand of its business shortly after the October 8, 2017 basketball game, in November or December of 2017.

75.     On February 16, 2018, by way of LeBron James's Instagram account, Uninterrupted released its new brand, by LeBron James posting a picture of a neon light sign within Uninterrupted's office, as a response to Laura Ingraham's "shut up and dribble" comment.

 

**Harm to Game Plan**

76.     Uninterrupted with the help of the most recognizable athlete in the world and the most prominent athletic clothing company, and sport media content producer generated revenue using a word mark that is nearly identical to Game Plan's mark.

77.     In March 2018, Uninterrupted screen printed "I AM MORE THAN AN ATHLETE" on clothing and sold those clothing products on its online store.

78.     In July 2018, Uninterrupted with ESPN began production of an audiovisual series titled, "UNINTERRUPTED's More than an Athlete" on the subject matter of LeBron James and his business partners, with the use of the mark "I AM MORE THAN AN ATHLETE."

79.     That ESPN/Uninterrupted series was distributed internationally, which was used to inform and educate viewers of how LeBron James and his business enterprises have been successful beyond the athletic surface.



80.     In August 2018, Uninterrupted partnered or contracted with NIKE to begin the production and retail of t-shirts, hoodies, shorts, socks and hats, with the use of the mark "I AM MORE THAN AN ATHLETE" that are and were sold internationally.



81.     At some time after August 2018, Uninterrupted partnered and contracted with T2 to begin the use of the "I AM MORE THAN AN ATHLETE" mark in connection with characters within the T2 videogame production; and, that videogame is and was sold internationally.



## FIRST CLAIM FOR RELIEF

### Trademark Infringement under the Lanham Act—15 U.S.C. § 1114 *et. Seq.*

82.     Game Plan incorporates by reference each and every allegation set forth in paragraphs 1 through 81 above.

83.     Defendants have used Game Plan's trademarks in interstate commerce, including Game Plan's federally registered trademark for the word mark "I AM MORE THAN AN ATHLETE. GP. GAME PLAN."

84.     By doing so, Defendants are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of the fake and unauthorized versions of the goods and services of Game Plan, Inc.

85.     As a result of their wrongful conduct, Defendants are liable to Game Plan for violation of the Lanham Act.

86.     Game Plan seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial, not less than $33,000,000 USD.

87.     As a direct result of Defendants' actions, Game Plan has suffered and continues to suffer irreparable harm for which it has no adequate remedy at law, and which will continue unless Defendants' actions are enjoined.

88.     Defendants' wrongful and unauthorized use of Game Plan's trademarks to promote, market, or sell products and services constitutes trademark infringement pursuant to 15 U.S.C. § 1114 *et seq.*

89.     Uninterrupted sold t-shirts, other clothing, and media content using Game Plan's mark.

90.     Nike sold clothing using Game Plan's mark.

91.     ESPN produced and distributed media content using Game Plan's mark.

92.     T2 sold video games using Game Plan's mark.

93.     Each Defendant's use of Game Plan's mark was a wrongful and an unauthorized use of Game Plan's mark.

## SECOND CLAIM FOR RELIEF

94.      Game Plan incorporates by reference each and every allegation set forth in paragraphs 1 through 93 above.

95.      Game Plan's registered trademarks are distinctive marks that are associated with Game Plan and exclusively identify its business, products, and services.

96.      Defendants make unauthorized use of Game Plan's trademarks. By doing so, Defendants create a colorable imitation and false designations of origin as to tainted Game Plan products that are likely to cause confusion, mistake, or deception.

97.      As a result of their wrongful conduct, Defendants are liable to Game Plan for violation of the Lanham Act, 15 U.S.C. § 1125(a).

98.      Game Plan seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

99.      As a direct result of Defendants' actions, Game Plan has suffered and continues to suffer irreparable harm for which they have no adequate remedy at law, and which will continue unless Defendant's actions are enjoined.

## THIRD CLAIM FOR RELIEF

### Trademark Dilution under the Lanham Act—15 U.S.C. § 1125(c)

100.      Game Plan incorporates by reference each and every allegation set forth in paragraphs 1 through 99 above.

101.      Game Plan's trademark was gaining fame and strongly associated with Game Plan, and exclusively identify its business, products, and services.

102.      Defendants make unauthorized use or colorable imitation of Game Plan's trademark.  By doing so, Defendants are likely to cause dilution by tarnishment of Game Plan's trademarks.

103.     Game Plan seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial, not less than $33,000,000 USD.

104.     As a direct result of Defendants' actions, Game Plan has suffered and continues to suffer irreparable harm for which they have no adequate remedy at law, and which will continue unless Defendants' actions are enjoined.

### FOURTH CLAIM FOR RELIEF

**Unfair Competition**

105.     Game Plan incorporates by reference each and every allegation set forth in paragraphs 1 through 104 above.

106.     The acts of Defendants complained of herein constitute unfair competition at the expense of Game Plan in violation of the common law.  Defendants used, without authorization or license, Game Plan's trademarks in a deceptive manner likely to mislead customers into falsely believing Defendants' conduct was that of Game Plan.  Or alternatively, diverted customers away from use of Game Plan's products and services, as Defendants conspired to promote the trademarks in conjunction with their own brands and products.

107.     Defendants' actions have irreparably injured Game Plan by tarnishing its reputation with its customers.  Game Plan has cultivated good-will with customers at great expense over the years.

### FIFTH CLAIM OF RELIEF

**Unjust Enrichment**

108.       Game Plan incorporates by reference each and every allegation set forth in paragraphs 1 through 107 above.

109.     The acts of Defendants complained of herein constitute unjust enrichment of the Defendants at the expense of Game Plan in violation of the common law.  Defendants used, without authorization or license, a trademark belonging to Game Plan to facilitate unlawful

conduct of selling products and distributing content inuring to the benefit of Defendants.  In this manner, Game Plan conferred a benefit on the Defendants.

110.     Defendants retained the benefit of and profited unjustly from their unauthorized and unlicensed use of Game Plan's intellectual property.

111.     Upon information and belief, Defendants had an appreciation and knowledge of the benefit they derived from their unauthorized and unlicensed use of Game Plan's intellectual property.

112.     Retention by the Defendants of the benefit and profits they derived from their malfeasance would be inequitable and unjust.

113.     Game Plan seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial, not less than $33,000,000 USD.

114.     As a direct result of Defendants' actions, Game Plan suffered and continues to suffer irreparable harm for which no adequate remedy at law exists, and which will continue unless Defendants' actions are enjoined.


**PRAYER FOR RELIEF**

WHEREFORE, Game Plan prays that the Court:

1.     Enter judgment in favor of Game Plan and against the Defendants.

2.     Declare that Defendants' conduct has been willful, and that Defendants have acted with fraud, malice, and oppression.

3.     Enter a preliminary and permanent injunction enjoining Defendants and their officers, directors, principals, agents, servants, employees, successors, and assigns, and all persons and entities in active concert or participation with them, from engaging in any of the activity complained of herein or from causing any of the injury complained of herein and from

assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activity complained of herein or from causing any of the injury complained of herein.

4.      Enter a preliminary and permanent injunction giving Game Plan control over the instrumentality used by the Defendants to cause injury and enjoining Defendants from using such instrumentalities.

5.      Enter judgment awarding Game Plan actual damages from Defendants, adequate to compensate Game Plan for Defendants' activity complained of herein and for any injury complained of herein including but not limited to interest and costs, in an amount to be proven at trial.

6.      Enter judgment disgorging Defendants' profits.

7.      Enter judgment awarding enhanced, exemplary and special damages, in an amount to be proven at trial.

8.      Enter judgment awarding attorneys' fees and costs, and order such other relief that the Court deems just and reasonable.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Game Plan demands trial by jury for all claims triable by jury.

Dated: June 15, 2020                         Respectfully Submitted,


/s/ Ryan L. Jones
DC Bar No. 1015309
Ryan L. Jones Law, LLC
1133 21st Street NW, Suite M200
Washington, DC 20036
ryan@rljoneslaw.com
 (202) 340-8786

*Attorney for Plaintiff Game Plan, Inc.*

_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

GAME PLAN, INC.,

Plaintiff,

v.

UNINTERRUPTED LLC *et al*.,

Defendants,


_____


AMENDED COMPLAINT APPENDIX

_____

Ryan L. Jones, Esq.,
Ryan L. Jones Law, LLC
1133 21st Street NW, M200
Washington, DC 20036
202-340-8786
ryan@rljoneslaw.com

TABLE OF CONTENTS

Game Plan's US Registered Trademark Certificate ........................................................................1

Game Plan's "I am more than an athlete" press release ................................................................3

Pictures from Game Plan's first day of use in Commerce October 8, 2017 ..................................4

Game Plan's "I Am More Than An Athlete" commercial (YouTube)............................................6

LeBron James link to video promoting "I am more than an athlete" phrase (YouTube) ...............6

Game Plan's 1st Place Mantra .......................................................................................................7

News Article about Game Plan.......................................................................................................8

Wearing Game Plan's shirt in magazine article...........................................................................16

College Prep Brochure (partial) ...................................................................................................18

Game Plan's Brochure ..................................................................................................................20

Retail page for Game Plan t-shirts................................................................................................22

Social Media Exposure and Marketing of Game Plan and its Mark............................................24

Comparison of Mark as used by Uninterrupted's LeBron James ................................................27

# United States of America

## United States Patent and Trademark Office

# I AM MORE THAN AN ATHLETE.



**Reg. No. 5,487,497**

**Registered Jun. 05, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Game Plan, Inc. (MARYLAND CORPORATION)
5557 Baltimore Ave Ste 500-1062
Hyattsville, MARYLAND 20781

CLASS 36: Charitable fundraising services by means of selling t-shirts to raise funds for educational and entertainment programs

FIRST USE 12-13-2016; IN COMMERCE 10-8-2017

The mark consists of the wording "I AM MORE THAN AN ATHLETE." in stylized font. The wording "I AM MORE" is on the first line, "THAN AN" is on the second line, and "ATHLETE" is on the third line. Beneath this wording are the stylized letters "GP" between the arrows. The arrow on the left is bent at an angle. Beneath the arrows and the letters "GP" is the term "GAMEPLAN" in stylized font.

SER. NO. 87-282,825, FILED 12-28-2016

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



January 2, 2017

# Press Release

## Game Plan, Inc., I Am More Than an Athlete Town Hall Discussion

Date/Time: February 15, 2017, 6:00 pm – 8:00 pm

Location: Charles Herbert Flowers High School, 10001 Ardwick Ardmore Rd, Springdale, MD 20774

Contact: Mr. David Upchurch
david@gameplaninc.org, 301-204-0212

**For Immediate Release:**

Game Plan, Inc. will host the "I Am More Than an Athlete" Town Hall, a formal discussion on February 15, 2016 for local area high school and middle school athletes. The event, which will be held at Charles Herbert Flowers High School, located at 10001 Ardwick Ardmore Rd, Springdale, MD 20774, geared towards helping student athletes learn how to establish game plans for life after high school and college.

During the event, a diverse panel consisting of former collegiate athletes as well as current and former professional athletes will address questions as how one should transition to life after sports, what it takes to make it to the next level, and how sports impacted their lives.

"This event will be a great opportunity for student athletes to learn from individuals whom they aspire to be one day and hear their personal stories that made them successful. Hopefully, after leaving this event they will be even more inspired to chase their dreams," said Sam Sesay, Game Plan's Founder & President. To register for this event, contact David Upchurch at (301) 204-0212.

**About Game Plan, Inc.**
Game Plan, Inc., is a registered 501 (c)(3) non-profit organization. We are a life skills program aimed at assisting student athletes with strategies to be 1st PLACE on and off the field. Our goal is to serve as an extension to a high school's athletic program, working with the Athletic Director, coaches, and athletes to develop dynamic programs. Our 1st PLACE programs focus on Personal development, Leadership development, Athletic excellence, College preparedness, and Entrepreneurship training through community service. To find out more information on Game Plan, please visit us at www.gameplaninc.org. For media inquiries, contact info@gameplaninc.org.

Website: www.gameplaninc.org        Email: info@gameplaninc.org

Game Plan's participants photographed with John Wall, on October 8, 2017 prior to the Cleveland Cavaliers vs. Washington Wizards pre-season basketball game.





Link to Game Plan's "I AM MORE THAN AN ATHLETE" Commercial.

 https://www.youtube.com/watch?time_continue=17&v=OdvuPRwsGZM&feature=emb_title

Link to LeBron James promoting that he is "I AM MORE THAN AN ATHLETE."

https://www.youtube.com/watch?time_continue=2&v=OSEUJyUvJRU&feature=emb_title

# GAMEPLAN
## It's more than a game

---

# 1ST PLACE AFFIRMATION

I am **P**riceless

I am a **L**eader

I am more than an **A**thlete

I am a **C**hampion

I am **E**xceptional

---

**S T U D E N T**

**My Game Plan –**

**This school year I will:**

**To accomplish this, I will:**

---

**A T H L E T E**

**My Game Plan –**

**This season I will:**

**To accomplish this, I will:**

---

\* It won't be easy but you must stick to your game plan. There will be challenges and distractions along the way, but you have to stay focused. Don't give up don't quit or throw in the towel. Keep fighting, keep working, keep believing. You will be in **first place!**

App. p.7



The nonprofit Game Plan, Inc., engages student-athletes to be leaders on and off the field. Founder Sam Sesay spoke recently to football players at Eleanor Roosevelt High School in Greenbelt, Maryland. Photo by Dayo Kosoko/The Art Hype

Every year around this time, I get excited about the upcoming events and programming with Game Plan. This school year is the most enthusiastic I have ever been because we have great things in store to ensure our student athletes are primed for success on and off the field.

App.   p.8

**Read More**



[How to empower student athletes to lead their communities](#)

One reason for my excitement: we will be kicking off the "I Am More Tha
in the making and we are looking forward to revealing it to the kids who are part of our program.

"I Am More Than an Athlete," is not just a statement, it's an affirmation. We want every student in our program to know and believe they are so much more than athletes. They are leaders, scholars, and future college graduates. Their sport and their athletic ability will not define them.

We want every student in our program to know and believe they are so much more than athletes. They are leaders, scholars, and future college graduates.

We want our students to reflect on what makes them more than athletes. We want them to understand their athletic careers will someday end, so they must plan now for their futures.

Like many youth, I had dreams of being a professional athlete. I did not have any other future aspirations. While I did well in school, I was always focused on being a great athlete and someday making it to the NFL. It didn't matter what team I played for, but it would be icing on the cake if I could play for my hometown team, the Washington Redskins.

It wasn't until I broke my leg for the second time that my life goals began to shift. While going pro would be an amazing accomplishment, I realized that at any given play, I could get severely injured and not be able to play again. I started to think of other careers—I loved the thought of one day being a business owner. I no longer viewed myself as "just an athlete."

**Read More**



[How to empower student athletes to lead their communities](#)

Unfortunately, many of my peers didn't have that same realization. Their g
nothing, basketball or nothing. They didn't accomplish their goals of making it pro and they never had a plan B; they struggled to adjust. They didn't realize they had so much more to offer than what they could do on the field or the court. This is ultimately why I formed Game Plan, Inc., to provide student athletes with opportunities to think about and prepare for their futures outside of their sport.

Not every student will have that epiphany moment like I had, so we provide 1st P.L.A.C.E. programming on personal development, leadership development, athletic excellence, college prep, and entrepreneurship training to assist them on their one day transition to life after sports.

A key component of our programming is allowing student athletes to hear stories of former athletes who have successfully maneuvered from athlete to lawyer, to accountant, to teacher, to artist, to chef, to entrepreneur, and other careers. These mentors inspire our current athletes to believe in themselves and to use their stories as a blueprint for their future success.

Many people say our youth are not prepared to enter the workforce, lack necessary life skills, or simply do not care. Instead of just pointing out these issues, Game Plan is attempting to be a part of the solution. Just asking the simple question, "how are you more than an athlete?" has sparked great conversations and insights. This school year will be fun.



## Sam Sesay

### Founder of Game Plan, Inc.

Sam Sesay is the founder and president of [Game Plan, Inc.](#) He is a former NCAA Division 1 All-American track and field athlete and team captain. Sesay holds a Masters in Entrepreneurship from Southern Methodist University and a Bachelor of Science degree in Information Management from George Mason University. His professional background includes time as a software engineer and a program manager/project manager consultant for multiple Fortune 500 companies and federal government agencies. Sesay also was a high school track coach, where during his four-year tenure, he led his team to two state championship titles, two runner-up

state championship finishes, and multiple school and county records. Many of his athletes received athletic and academic scholarships to major universities. Sesay is happily married to Kristina Ses

 @iamsamsesay

Share this story

**Related**

- She dreamed of a career in sports—it didn't pan out, so she created her own youth sports organization
- An Atlanta nonprofit is transforming vacant land under transit stations into soccer fields
- Philadelphia Eagles' defensive end Chris Long gives back by supporting educational equity
- Kevin Durant uses hoops to help build healthy communities
- The St. Louis Blues promote inclusivity with first LGBT Pride Night

Show  Comments

http://www.therenewalproject.com/tapping-the-awesome-power-of-the-student-athlete-off-the-field/



# CREATIVE GENTS

## WE URGE YOU TO FOLLOW

There's an art in storytelling. To create an experience that is captivating and alluring is a true art, especially being able to utilize a curated visual technique that garners the attention of thousands that are connected simply by the push of a like button. Ultimately, creating a representation of one's own identity to share with the world. For these black creatives, having a vision is just the tip of the iceberg of self expression. We sat down with three content creators who are influencing the world of art through fashion, photography and journalism and discussed the use of social media in today's climate.

**INTERVIEW BY:**
**DANE YOUNG**





# SO MANY SCHOOLS TO CHOOSE FROM



App. p.19



**Folds In**



## WE ARE MORE THAN ATHLETES

Game Plan, Inc. is a registered 501 (c)(3) non-profit organization. We are life skills program aimed at assisting student athletes with strategies to be 1ST PLACE on and off the field.

Our goal is to serve as an extension to a school's athletic program, working with the Athletic Director, coaches, and athletes to develop dynamic programs.

"Student-athletes have such busy schedules, so there has to be creative ways to provide them with opportunities to gain valuable skills to prepare them for life after sports. This is why Game Plan is important in the development of the student-athlete"

- Sam Sesay, Game Plan Founder & CEO

Our 1st PLACE programming ensures student athletes focus on their studies and future, while providing tools to allow them to excel in their sport.

**Back**

### Donate Now

Visit our website to donate and help us score big.

### Adopt-a-School Program

If you are a corporation or foundation interested in adopting a school for the upcoming school year, contact us at info@gameplaninc.org for more information on our Adopt-a-School Program.



## CONTACT US TODAY

Email: info@gameplaninc.org
Website: www.gameplaninc.org
Phone: (301) 684-4263

**Front**



We develop leaders in the classroom and locker room to be prepared one day for the boardroom.





Inside Left



Inside Middle



Inside Right

### COLLEGE PREP

Game Plan offers SAT Prep workshops throughout the school year to provide students with tips, strategies, and best practices to meet the requirements for competing on the next level. We also provide workshops that help student athletes choose college majors and institutions that best match their passions and interests. The College Prep Program also includes college tours where students can visit universities to learn more about the college experience.

### PERSONAL DEVELOPMENT

Game Plan focuses on providing student athletes with the tools to excel off the field, preparing them for post-high school success. Students learn such items as time management, goal-setting, decision making, public speaking, and financial literacy.

### LEADERSHIP DEVELOPMENT

Game Plan provides leadership development training to guide students from first learning self-leadership to progressing into effective and vocal leaders on their respective teams. This program develops leaders in the classroom, locker room, and eventually the board room.



### ENTREPRENEURSHIP TRAINING THROUGH COMMUNITY SERVICE

Many nonprofits and small businesses struggle with finding committed volunteers and employees to help carry out their mission or goal and many student athletes never gain valuable work experience due to their demanding schedule. Game Plan solves both issues by having student athletes team up with local companies. During this partnership, students learn entrepreneurship through helping to solve real-life problems or challenges. The organization receives the much needed resources to grow and students earn needed volunteer experience, while also acquiring great resume building opportunities



### ATHLETIC DEVELOPMENT

Game Plan offers athletic based workshops and training sessions to provide students with the knowledge to gain an edge athletically. They learn such items as the appropriate way to gain or lose weight, proper nutrition, meal preparation, injury prevention, mental health, and strength & conditioning.





**Purchase the "I Am More Than An Athlete" T-Shirt in White.**



Size

Small $25.00 USD



**Purchase the "I Am More Than An Athlete" T-Shirt in Black.**



Size





f 𝕏 G+

DESIGNED & HOSTED BY DIGITALGENETIX | COPYRIGHT GAMEPLAN
INCORPRATED



 

iamjamesanthony • Following
Alexandria, Virginia



**iamjamesanthony** It's a wrap in the #DMV. Great linking with friends from high school doing good by their community and the youth. Check out @gameplanorg and learn about their movement to inform student athletes the importance of being #MoreThanAnAthlete

#photographer #traveldiaries #teamcanon #photoshoot

Liked by iamsamsesay and 391 others

FEBRUARY 9, 2017

Add a comment…       Post





 iamjamesanthony • Following
Atlanta, Georgia

 **iamjamesanthony** Wrapping shots
w/@doublerlee

Photo @ljshotit

#JamesShotme #photographer
#traveldiaries #RonReacoLee
#SurvivorsRemorse #Starz

112w

Liked by **iamsamsesay** and 1,176 others
MAY 23, 2017

Add a comment…                                    Post



Uninterrupted (LeBron James) as compared to Game Plan:



